UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ABOVEGEM, INC.,

    Plaintiff,

v.

ORGANO GOLD MANAGEMENT, LIMITED, et al.,

    Defendants.

Case No. 19-cv-04789-PJH

**JUDGMENT**

The issues having been duly heard and the court having granted defendants' motions to dismiss the complaint without prejudice for lack of personal jurisdiction,

it is Ordered and Adjudged

that plaintiff take nothing, and that the action is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: March 31, 2020

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge